Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
    MARK RICHARD DABALOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RICHARD DABALOS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:22-cv-00496-CKD<br><br>STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER |

    Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 7] should be modified and Plaintiff's time to move for summary judgment should be extended from 8/1/2022 to 9/15/2022, all other deadlines to be determined by reference to the Court's scheduling order and that good cause supports the extension of time.

    This is the parties first request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes that the parties have been meeting and conferring about grounds Plainitff's counsel contends support voluntary remand of the action and added time is necessary for Defendant's full consideration of those grounds; the parties believe it is in the interests of justice to avoid increasing the costs of resolution to the government if the matter informally resolves while providing sufficient time for full briefing in light of the roughly 1500 page administrative record and novel legal issues associated with benefits applications filed after March 2017, if it does not; and Plaintiff's counsel inadvertently failed to calendar a date to

seek a modification of the scheduling order no informal resolution was reached prior to the time set for filing Plaintiff's motion for summary judgment. This request is made jointly in good faith, without dilatory motive and not for purposes of undue delay or to prejudice the interest of any party.

      SO STIPULATED AND AGREED, August 2, 2022

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, |
| --- | --- |
| |   United States Attorney |
| | PETER K. THOMPSON |
| |   Acting Regional Chief Counsel, |
| |   Region IX, Soc. Sec. Admin |
| | MARCELO N. ILLARMO |
| | Sp. Asst. U.S. Attorney |

/s/Robert C. Weems      By:    /s/Marcelo N. Illarmo
ROBERT C. WEEMS,               MARCELO N. ILLARMO
Attorney for Plaintiff                Sp. Asst. U.S. Attorney,
                                             Attorney for Defendant
                                             (per email authorization)

## **ORDER**

IT IS SO ORDERED.

Dated: August 4, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE