1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
4  Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK RICHARD DABALOS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 2:22-cv-00496-CKD<br><br>STIPULATION & ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner. The Commissioner will conduct any necessary further proceedings and issue a new decision.

Respectfully submitted,

Dated: August 12, 2022  /s/ Robert Weems     *
(*as authorized via e-mail on 8/11/22)
ROBERT WEEMS
Attorney for Plaintiff

Dated: August 12, 2022  PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: August 15, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE